UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABINADAB ISRAEL, | No. 2:14-cv-0417-JAM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| ESTHER VOLKAN, et al., | |
| Defendants. | |

On July 10, 2014, plaintiff filed a notice of voluntary dismissal of the action, indicating that he no longer wishes to pursue the action at this time due to medical issues. (ECF No. 6.)

The court construes plaintiff's filing as a notice of voluntary dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." See United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008) (noting that dismissal under Rule 41(a)(1)(A)(i) requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed). Because no defendant has yet appeared in this case, plaintiff's request for dismissal is effective without a court order.

////

1  Nevertheless, for purposes of clarity only, IT IS HEREBY ORDERED that:

2  1.  The action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

3  2.  The Clerk of Court is directed to vacate all dates and close this case.

IT IS SO ORDERED.

Dated: July 18, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE